IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL WALZ, | CASE NO. 8:13-CV-00250 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

(Filing No. 18)

THIS MATTER, having come before the Court on the joint stipulation of the parties, and the Court being fully advised in the premises, orders the above lawsuit be and hereby is dismissed with prejudice, each party to pay its own costs, complete record waived.

IT IS SO ORDERED.

Dated this 2nd day of December, 2013.

BY THE COURT:

_____
United States District Court Judge

Prepared & Submitted By:

Patrick J. Barrett, #17246
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000

Attorneys for Defendant

1004528 v1